977 F.2d 571
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Godwin Nonyelum CHINAGOROM, Petitioner-Appellant,
v.
L. R. TURNER, Warden; U.S. Immigration & Naturalization
Service, Respondents-Appellees.
 No. 91-6600.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: June 5, 1992
Decided: September 25, 1992
 
 Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Chief District Judge. (CA-90-408-HC-F)
 Godwin Nonyelum Chinagorom, Appellant Pro Se.
 Eileen G. Coffey, Office of the United States Attorney, Raleigh, North Carolina, for Appellees.
 E.D.N.C.
 Affirmed.
 Before HALL, WILKINSON, and WILKINS, Circuit Judges.
 OPINION
 PER CURIAM:
 
 
 1
 Godwin Nonyelum Chinagorom appeals from the district court's order refusing habeas corpus relief pursuant to 28 U.S.C. § 2241 (1988) and 8 U.S.C.A. § 1105a(a)(10) (West Supp. 1992). Our review of the record and the district court's opinion accepting the recommendation of the magistrate judge discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Chinagorom v. Turner, No. CA-90-408-HC-F (E.D.N.C. June 4, 1991). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED